516 A.2d 1385

**Eileen E. GILL, Appellant**

v.

**COUNTY OF NORTHAMPTON, Northampton County Mental Health/Mental Retardation.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1986.

Decided Nov. 12, 1986.

Terry Hyman, Richard C. Angino, Harrisburg, for appellant.

William F. Moran, County Solicitor, Matthew Sorrentino, Bethlehem, for Northampton County Mental Health/Mental Retardation.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.